**IN THE UNITED STATES DISTRICT COURT**

**For The**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-mj-00018-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| ALEJANDRO MENDEZ ZURITA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R § 4.2 (b); CVC § 12500 [Count 2]

**Sentence Date:** August 12, 2021

**Review Hearing Date:** June 16, 2022

**Probation Expires On:** August 12, 2022

*__CONDITIONS OF UNSUPERVISED PROBATION:__*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $260 which Total Amount is made up of a Fine: $ 250 Special Assessment: $ 10 Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 26.00 per month by the 15th of each month; commencing 09/15/2021.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Notify of any address or financial changes.

*__COMPLIANCE:__*

☒ Defendant has complied with and completed _all_ conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

☒   The Government agrees to the above-described compliance.

☐   The Government disagrees with the following area(s) of compliance:

Government Attorney:  /s/*Jeffrey A. Spivak*         Dated:  June 1, 2022

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒   that the review hearing set for 6/16/2022 at 10 am

  ☐   be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒   be vacated.

☐   that Defendant's  appearance for the review hearing be waived.

DATED:  6/1/2022                     /s/ *Jaya Gupta*
                                                     DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒   GRANTED.  The Court orders that the Review Hearing be vacated.

☐   DENIED.

IT IS SO ORDERED.

Dated:   **June 2, 2022**                     _____
                                                            UNITED STATES MAGISTRATE JUDGE